Robert B. Zelms, AZ Bar No. 018956
rzelms@zelmserlich.com
Nishan J. Wilde, AZ Bar No. 031447
nwilde@zelmserlich.com
Direct: (623) 250-0244
**ZELMS ERLICH & MACK**
11811 N. Tatum Blvd., Suite 3031
Phoenix, Arizona 85028
Main: (480) 608-2114

*Attorneys for Defendant Grand Canyon University*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cassidy Scruggs,<br><br>    Plaintiff,<br><br>v.<br><br>Grand Canyon University,<br><br>    Defendant. | Case No. 2:22-cv-00534-MTL<br><br>**CORPORATE DISCLOSURE STATEMENT OF GRAND CANYON UNIVERSITY** |

This Corporate Disclosure Statement is filed on behalf of Defendant Grand Canyon University, in compliance with the provisions of: (*check one*)

  **XX**   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

1

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

　　__X__ No such corporation.

　　____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

　　____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.) _____

_____

　　____ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein**.

DATED:  June 13, 2022　　　　　　　**ZELMS ERLICH & MACK**

By:　*s/ Nishan J. Wilde*
　　　Robert B. Zelms
　　　Nishan J. Wilde
　　　*Attorneys for Defendant*

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2022, I electronically filed the foregoing using the CM/ECF system, which served all registered CM/ECF participants.

*/s/ Diana Drake*
ddrake@zelmserlich.com