# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

CASSIDY SCRUGGS,

        *Plaintiff,*

v.

GRAND CANYON UNIVERSITY and
DOES 1-10, inclusive,

        *Defendants.*

Case No. 2:22-cv-00534
Hon. Michael T. Liburdi

## MOTION TO APPEAR TELEPHONICALLY

**NOW COMES** Plaintiff, Cassidy Scruggs, by and through her attorney, The Law Office of Keith Altman, with her Motion to Appear Telephonically, and hereby states the following:

A Scheduling Conference is scheduled for July 22, 2022 at 2:00pm with the Honorable Michael T. Liburdi. Pursuant to the Order setting the Scheduling Conference, attorneys who are based outside of Maricopa County may seek leave of the Court to appear telephonically. (ECF 09). Plaintiff's counsel respectfully requests to be allowed to appear telephonically as they are located in the State of Michigan.

Date: June 29, 2022							Respectfully Submitted,

*[signature]*

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
A*ttorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

CASSIDY SCRUGGS,

       *Plaintiff,*

v.

GRAND CANYON UNIVERSITY and
DOES 1-10, inclusive,

       *Defendants*.

Case No. 2:22-cv-00534
Hon. Michael T. Liburdi

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2022, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                                  /s/ *Keith Altman*_____
                                                  Keith Altman