# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| Cassidy Scruggs, | No.: 2:22-cv-00534-PHX-MTL |
| *Plaintiff,* | Hon. Michael T. Liburdi |
| v. | |
| Grand Canyon University, et. al., | |
| *Defendants.* | |

## JOINT CASE MANAGEMENT PLAN

Plaintiff Cassidy Scruggs ("Plaintiff") and Defendant Grand Canyon University ("Defendant") (collectively, the "Parties"), through their undersigned attorneys, respectfully submit this Joint Rule 26(f) Report ("Report").

1. Rule 26(f) Meeting. The Parties' counsel held a telephone conference on Thursday June 30, 2022, at 11:00am to discuss the matters set forth in Fed. R. Civ. P. 26. The Parties have had the opportunity to review and consent to the filing of this Report.

2. Parties: Cassidy Scruggs, Plaintiff; Grand Canyon University, Defendant.

3. Nature of the Case. Plaintiff claims that she was wrongfully dismissed the Grand Canyon University College of Nursing. Plaintiff is a childhood cancer

survivor. Plaintiff claims that she continues to suffer from medical ailments to date, all of which were properly documented with Grand Canyon University. Plaintiff brings claims for discrimination under Title III of the ADA, violations of Section 504 of the Rehabilitation Act, breach of contract, breach of duty of good faith and fair dealing, deceptive and unfair trade practices in violation of §44-1522 of the Arizona Unfair Business Practice Act and negligence.

Defendant denies Plaintiff's allegations. Defendant denies that Plaintiff was wrongfully dismissed from GCU. Defendant asserts that Plaintiff did not comply with the requirements of GCU's academic standards. Defendant asserts that Plaintiff was not disabled, and did not require any special accommodations, nor did she ever request special accommodations. Defendant denies all of Plaintiff's claims.

4. <u>Material Factual and Legal Issues.</u> The Parties agree that the following material legal and factual issues exist:

   a. Whether Defendant discriminated against Plaintiff in violation of Title III of the ADA;

   b. Whether Defendant violated Section 504 of the Rehabilitation Act;

   c. Whether Defendant breached a contract entered into between Defendant and Plaintiff;

   d. Whether Defendant breached a duty of good faith and fair dealing;

e. Whether Defendant is in violation of §44-1522 of the Arizona Unfair Business Practice Act;

f. Whether Defendant was negligent in its handling of Plaintiff.

5. <u>Issues of Jurisdiction or Venue</u>: The Parties agree that the District of Arizona, Phoenix Division is the appropriate venue for the case.

6. <u>Service</u>. All Parties in the case have been successfully served.

7. <u>Amendment of Pleadings</u>. The Parties agree that the Federal Rules of Civil Procedure shall control. Neither Party has waived their right to amend once as a matter of course under Fed. R. Civ. P. 15.

8. <u>Motions Pending or Contemplated.</u> The Parties anticipate filing motions for summary judgment.

9. <u>Settlement Discussions.</u> The Parties have not discussed settlement of this lawsuit to date though it is anticipated that settlement discussions will occur throughout the course of litigation. The Parties respectfully decline the offer of a United States Magistrate Judge in the case.

10. <u>Special Master</u>. The Parties respectfully decline the offer of a special master or United States Magistrate Judge on the case.

11. <u>Related Cases</u>: The Parties are unaware of any related cases.

12. <u>Electronic Information.</u> The Parties agree that copies of all written discovery requests and proposed findings of fact shall be provided and/or served electronically with a complimentary copy in a format editable by the other

party (such as Word format). The Parties agree to cooperate with respect to responding to discovery or electronically stored information.

13. Privilege. The Parties will work cooperatively to handle issues relating to privilege and attorney work product. To the extent that any disputes arise concerning the production of privileged or confidential information, the Parties agree that the Federal Rules of Civil Procedure shall control.

14. Discovery.

    a. Discovery by the Parties will include, but is not limited to:

        i. Grand Canyon State documentation

            1. Policies and Procedures

            2. Handbooks

            3. Employment Records

            4. All documentation in relation to Plaintiff

    b. No changes to the Fed. R. Civ. P. limitations at this time.

    c. Depositions shall be limited to two hours per deposition, unless otherwise extended by agreement of the parties.

15. Deadlines.

    a. Amending Pleadings – January 31, 2023

    b. Joint Stipulated Protective Order, if desired – March 31, 2023

    c. Fact Discovery – March 31, 2023

    d. Expert Disclosures:

      i. Plaintiff's Expert Disclosures: April 14, 2023

      ii. Defendant's Expert Disclosures: May 14, 2023

      iii. Plaintiff's Rebuttal Experts: May 28, 2023

  e. Dispositive Motions – July 14, 2023

  f. Settlement – April 12, 2023

16. <u>Jury.</u> The Parties have requested a trial by jury.

17. <u>Length of Trial.</u> The Parties anticipate that this matter may be tried in approximately 4 trial days.

Dated: July 12, 2022          Respectfully submitted,

THE LAW OFFICE OF KEITH ALTMAN
Keith Altman, Esq.
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

*/s/ Nishan J. Wilde*
_____

Zelm, Erlich & Mack
Nishan J. Wilde, Esq.
11811 N. Tatum Blvd., Suite 3031
Phoenix, AZ 85028
Telephone: (623) 250-0244
nwilde@zelmserlich.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| Cassidy Scruggs, | Case No.: 2:22-cv-00534 |
| *Plaintiff,* | Hon. Michael T. Liburdi |
| v. | |
| Grand Canyon University, et. al., | |
| *Defendants.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ *Keith Altman*_____
Keith Altman, Esq.