AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Cassidy Scruggs | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-00534-MTL |
| Grand Canyon University, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cassidy Scruggs .

Date:  07/15/2022

Kimberly Dodson
*Attorney's signature*

Kimberly Dodson, ASB-0487-L58D
*Printed name and bar number*

Law Office of Keith Altman
33228 West 12 Mile Road, Ste. 375
Farmington Hills, MI 48331

*Address*

kimberlydodson@kaltmanlaw.com
*E-mail address*

(248) 987-8929
*Telephone number*

*FAX number*