Robert B. Zelms, AZ Bar No. 018956
rzelms@zelmserlich.com
Nishan J. Wilde, AZ Bar No. 031447
nwilde@zelmserlich.com
Direct: (623) 250-0244
**ZELMS ERLICH & MACK**
11811 N. Tatum Blvd., Suite 3031
Phoenix, Arizona 85028
Main: (480) 608-2114

*Attorneys for Defendant Grand Canyon University*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Cassidy Scruggs, | Case No. 2:22-cv-00534-MTL |
|---|---|
| Plaintiff, | **MOTION FOR ENTRY OF PROTECTIVE ORDER** |
| v. | |
| Grand Canyon University, | |
| Defendant. | |

Defendant Grand Canyon University ("GCU"), by and through counsel undersigned, hereby files this Motion for Entry of Protective Order.[1] Disclosure and discovery in this action will likely involve the production of confidential information pertaining to both Plaintiff and GCU. For example, the issues in this case involve Plaintiff's alleged medical issues. Therefore, it is likely that sensitive, personal medical information will need to be disclosed. This could implicate HIPPA information and regulations, and GCU wants to make sure that any and all HIPPA-protected information is kept confidential. In addition, the issues in this case involve educational records. FERPA protects the privacy of student education

---

[1] GCU reached out to Plaintiff's counsel to see if they would agree to file a joint motion for entry of protective order. However, GCU never received a response. At this moment in time, Plaintiff has not indicated any objection to the entry of a protective order.

1

1 records. Again, GCU wants to make sure that any and all FERPA-protected information is
2 kept confidential.
3      As a result, GCU is filing this Motion to ensure that any and all confidential, sensitive
4 and/or personal information is kept confidential.
5      The proposed protective order addresses the requirements of LRCiv 5.6, which states
6 that parties are not automatically permitted to file documents under seal and incorporates the
7 requirements for filing under seal set forth in *Ctr. for Auto Safety v. Chrysler Grp., L.L.C.*,
8 809 F.3d 1092, 1101 (9th Cir. 2016). *See* Proposed Protective Order at p. 9 (Section III.E).
9      For the reasons stated above, GCU respectfully requests that the Court enter the
10 proposed Protective Order lodged with this motion.

DATED:  September 2 2022        **ZELMS ERLICH & MACK**

By:  *s/ Nishan J. Wilde*
     Robert B. Zelms
     Nishan J. Wilde
     *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September, 2022, I electronically filed the foregoing using the CM/ECF system, which served all registered CM/ECF participants.

*s/ Diana Drake*
ddrake@zelmserlich.com

2