KEITH ALTMAN (*PRO HACE VICE*)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney For Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Cassidy Scruggs,                                   Case No.: 2:22-cv-00534-MTL

      *Plaintiff,*

v.

Grand Canyon University,

      *Defendant.*

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER

**NOW COMES** Plaintiff Cassidy Scruggs, by and through her attorneys, the Law Office of Keith Altman, with her Response to Defendants' Motion for Entry of Protective Order, and hereby states as follows:

For good cause to exist, the party seeking protection bears the burden of showing specific prejudice or harm will result if no protective order is granted. *Beckman Indus., Inc. v. International Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992). *Bechman* held that "broad allegations of harm, unsubstantiated by specific examples or articulated reasoning, do not satisfy the Rule 26(c) test". If a court finds particularized harm will result from disclosure of information to the public,

- 1 -

then it balances the public and private interests to decide whether a protective order is necessary. *Glenmede Trust Co. v. Thompson*, 56 F.3d 476, 483 (3d Cir. 1995).

A protective order is not appropriate for the present case. There is no harm to the parties should the documents of the case be made public. The public and private factors are not reached to conclude the necessity of a protective order.

Further, the requirement of parties to get leave from the court to file any documents that would require being marked "attorney eyes only" is an additional time requirement on the court and excessive.

For the foregoing reasons, Defendants' Motion for Entry of a Protective Order should be denied.

Dated: September 16, 2022          Respectfully submitted,

THE LAW OFFICE OF KEITH ALTMAN

Keith Altman (SBN 257309)

33228 West 12 Mile Road, Suite 375

Farmington Hills, Michigan 48334

Telephone: (248) 987-8929

keithaltman@kaltmanlaw.com

*ATTORNEY FOR PLAINTIFF*

KEITH ALTMAN (*PRO HACE VICE*)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney For Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cassidy Scruggs, | Case No.: 2:22-cv-00534-MTL |
| *Plaintiff,* | |
| v. | |
| Grand Canyon University, | |
| *Defendant.* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2022, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, thereby serving all registered users in this case.

*/s/ Keith Altman*

Keith Altman