Robert B. Zelms, AZ Bar No. 018956
rzelms@zelmserlich.com
Nishan J. Wilde, AZ Bar No. 031447
nwilde@zelmserlich.com
Direct: (623) 250-0244
**ZELMS ERLICH & MACK**
11811 N. Tatum Blvd., Suite 3031
Phoenix, Arizona 85028
Main: (480) 608-2114

*Attorneys for Defendant Grand Canyon University*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| Cassidy Scruggs, | Case No.  2:22-cv-00534-MTL |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SERVICE** |
| Grand Canyon University, | |
| Defendant. | |

NOTICE IS GIVEN Defendant Grand Canyon University ("GCU"), by and through counsel undersigned, that the following was served via electronic mail on today's date January 5, 2023:

1.      Defendant's Initial Disclosure Statement;

2.      Defendant's First Set of Non-Uniform Interrogatories; and

3.      Defendant's First Set of Request for Production of Documents.

///

///

///

1

DATED:  January 5, 2023                **ZELMS ERLICH & MACK**


                                       By:  *s/ Nishan J. Wilde*
                                       _____
                                            Robert B. Zelms
                                            Nishan J. Wilde
                                            *Attorneys for Defendant*

                          **<u>CERTIFICATE OF SERVICE</u>**

        I hereby certify that on this 5th day of January, 2023, I electronically filed the
foregoing using the CM/ECF system, which served all registered CM/ECF participants.


*s/ Diana Drake*
ddrake@zelmserlich.com