KEITH ALTMAN (*PRO HAC VICE*)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney For Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Cassidy Scruggs, | Case No.: 2:22-cv-00534-MTL |
| *Plaintiff,* | |
| v. | |
| Grand Canyon University, | |
| *Defendant.* | |

## NOTICE OF SERVICE

**NOW COMES** Plaintiff Cassidy Scruggs, by and through her attorneys, the Law Office of Keith Altman, that the following was served via electronic mail on today's date, January 10, 2023:

1. Plaintiff's First Set of Interrogatories to Grand Canyon University; and
2. Plaintiffs' First Set of Requests for Production to Grand Canyon University.

Dated: January 10, 2023          Respectfully Submitted,

/s/ *Keith Altman*
THE LAW OFFICE OF KEITH ALTMAN
Keith Altman, Esq. (*pro hac vice*)
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, thereby serving all registered users in this case.

*/s/ Keith Altman*
Keith Altman, Esq.
