Robert B. Zelms, AZ Bar No. 018956
rzelms@zelmserlich.com
Nishan J. Wilde, AZ Bar No. 031447
nwilde@zelmserlich.com
Direct: (623) 250-0244
**ZELMS ERLICH & MACK**
11811 N. Tatum Blvd., Suite 3031
Phoenix, Arizona 85028
Main: (480) 608-2114

*Attorneys for Defendant Grand Canyon University*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Cassidy Scruggs, | Case No. 2:22-cv-00534-MTL |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SERVICE** |
| Grand Canyon University, | |
| Defendant. | |

NOTICE IS GIVEN Defendant Grand Canyon University ("GCU"), by and through counsel undersigned, that the following was served via electronic mail on today's date March 1, 2023:

1. Defendant's First Supplemental Disclosure Statement.

DATED: March 1, 2023      **ZELMS ERLICH & MACK**

By: *s/ Nishan J. Wilde*
Robert B. Zelms
Nishan J. Wilde
*Attorneys for Defendant*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March, 2023, I electronically filed the foregoing using the CM/ECF system, which served all registered CM/ECF participants.

*s/ Diana Drake*
ddrake@zelmserlich.com