Robert B. Zelms, AZ Bar No. 018956
rzelms@zelmserlich.com
Nishan J. Wilde, AZ Bar No. 031447
nwilde@zelmserlich.com
Direct: (623) 250-0244
**ZELMS ERLICH & MACK**
11811 N. Tatum Blvd., Suite 3031
Phoenix, Arizona 85028
Main: (480) 608-2114

*Attorneys for Defendant Grand Canyon University*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cassidy Scruggs, | Case No. 2:22-cv-00534-MTL |
| Plaintiff, | |
| v. | **NOTICE OF DEPOSITION OF CASSIDY SCRUGGS** |
| Grand Canyon University, | |
| Defendant. | |

PLEASE TAKE NOTICE that, pursuant to Rule 30, Federal Rules of Civil Procedure, testimony will be taken upon oral examination of the person whose name, or general description sufficient to identify the person, and address are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

**PERSONS TO BE EXAMINED**: CASSIDY SCRUGGS

**DATE/TIME OF DEPOSITION**: March 20, 2023 @ 1:00 p.m.

**PLACE OF DEPOSITION:** Zoom via Esquire Court Reporting

///

///

///

1

DATED: March 3, 2023          **ZELMS ERLICH & MACK**

By: *s/ Nishan J. Wilde*
Robert B. Zelms
Nishan J. Wilde
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2023, I electronically filed the foregoing using the CM/ECF system, which served all registered CM/ECF participants.

*s/ Diana Drake*
ddrake@zelmserlich.com