Keith Altman, Esq. (*pro hac vice*)
keithaltman@kaltmanlaw.com
**THE LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cassidy Scruggs,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Grand Canyon University,<br><br>　　　　Defendant. | Case No. 2:22-cv-00534-MTL<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY**<br>**(First Request)** |

　　　　Plaintiff CASSIDY SCRUGGS ("Plaintiff"), by and through her attorneys, and in accordance with L. R. Civ 7.3, hereby respectfully moves the Court for an extension of the current deadline to complete fact discovery. In support thereof, Plaintiff states the following:

　　　　1.　　Plaintiff filed their Complaint on April 4, 2022.

　　　　2.　　On June 14, 2022, Defendant Grand Canyon University ("GCU") filed its Answer to the Complaint.

　　　　3.　　On July 12, 2022 the parties submitted their Joint Case Management plan (Doc. 12), upon which the Court issued the Scheduling Order (Doc. 15).

4. The parties have actively been engaging in the discovery process.

5. On March 3, 2023 Defendant noticed the deposition of Plaintiff to take place on March 20, 2023. (Doc. 23)

6. On March 6, 2023 Plaintiff noticed the 30(b)(6) deposition of Defendant GCU to take place on March 24, 2023. (Doc. 24)

7. On March 17, 2023 Plaintiff's counsel expressed to counsel for Defendants their desire to depose further witnesses, and to seek concurrence of the filing of this Motion for Extension of Time so that those depositions may be scheduled.

8. On March 20, 2023 Defendants' counsel informed counsel for Plaintiff that GCU's 30(b)(6) witness would not be available to sit for their deposition on the March 24, 2023 date.

9. To date, Plaintiff has been unable to take a 30(b)(6) deposition.

10. Plaintiff's counsel is not available to take any depositions in this matter the week of March 27 – 31, 2023.

11. Plaintiff must be allowed time to conduct the deposition of GCU's 30(b)(6) witness(es).

12. Since March 17, 2023, counsel for Plaintiff has made numerous attempts to seek concurrence from Defendants' counsel regarding the contents of this Motion. On March 24, 2023, Defendants' counsel responded to our email, and while they will not provide concurrence, they did indicate they will not oppose this Motion.

13. Plaintiff strongly believes that this case necessitates further depositions to occur other than those of the Plaintiff and representative(s) of Defendant GCU. Plaintiff

wishes to depose specific professors, and potentially other faculty members, that were core witnesses to the events surrounding the subject matter of the Complaint.

14. The current fact discovery deadline is March 31, 2023. Plaintiff is requesting additional time, <u>to and including May 1, 2023</u>, to complete fact discovery.

15. This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

Dated: March 24, 2023                        Respectfully Submitted,

<u>/s/ Keith Altman</u>
Keith Altman, Esq. (*pro hac vice*)
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2023, I served the foregoing document on all Parties to this action via electronic mail.

<u>/s/ Keith Altman</u>