# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Cassidy Scruggs, | Case No. 2:22-cv-00534-MTL |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY** |
| v. | |
| Grand Canyon University, | |
| Defendant. | |

Plaintiff, CASSIDY SCRUGGS, having moved for an extension of time to complete fact discovery, and the Court being fully advised of the premises,

IT IS HEREBY ORDERED that the Motion is GRANTED. The parties shall have to and including May 1, 2023 to complete all fact discovery.

DATED this _____ day of _____, 2023.

_____
Michael T. Liburdi
United States District Judge