Keith Altman, Esq. (*pro hac vice*)
keithaltman@kaltmanlaw.com
**THE LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cassidy Scruggs, | Case No. 2:22-cv-00534-MTL |
| Plaintiff, | **JOINT REPORT ON SETTLEMENT TALKS** |
| v. | |
| Grand Canyon University, | |
| Defendant. | |

Plaintiff Cassidy Scruggs ("Plaintiff") and Defendant Grand Canyon University ("Defendant") (collectively, the "Parties"), through their undersigned attorneys, and in accordance with the Scheduling Order (ECF No. 15) respectfully submit this Joint Report on Settlement Talks.

On April 6, 2023, counsel for Plaintiff (Keith Altman) and counsel for Defendant (Nishan J. Wilde) held a telephone conference to initiate good faith settlement talks. The settlement discussions are still in progress. The parties do not request assistance from the Court at this time but will keep the Court informed should assistance become needed.

Dated: April 19, 2023

Respectfully Submitted,

/s/ Keith Altman
Keith Altman, Esq. (*pro hac vice*)
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

/s/ Nishan J. Wilde (w/ permission)
Zelm, Erlich & Mack
Nishan J. Wilde, Esq.
11811 N. Tatum Blvd., Suite 3031
Phoenix, AZ 85028
Telephone: (623) 250-0244
nwilde@zelmserlich.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April 2023, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ Keith Altman
Keith Altman, Esq.