# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cassidy Scruggs,<br><br>         Plaintiff,<br><br>v.<br><br>Grand Canyon University, et al.,<br><br>         Defendants. | **NO. CV-22-00534-PHX-MTL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed November 21, 2023, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

November 21, 2023

By   s/ K. James
     Deputy Clerk